(May 25, 1943.)

BARBARA M. KULLMAN, Respondent, v. VIOLET WYRTZEN et al., Respondents, and MIRIAM PFORR, Defendant-Appellant.—

Hagarty, Johnston, Adel, Taylor and Lewis, JJ., concur.